**92–821.** Local 1562, AFSCME, AFL–CIO v. Chillicothe. *Ross County,* Nos. 1765 and 1767.
WRIGHT and H. BROWN, JJ., dissent.

**92–824.** Phillips v. Mednet/Beachwood Clinic. *Cuyahoga County,* No. 59559.

**92–825.** Couto v. Gibson, Inc. *Athens County,* No. 1475.
MOYER, C.J., and H. BROWN, J., dissent.

**92–826.** Carrisalez v. Erie Cty. Dept. of Human Serv. *Erie County,* No. E–91–19.
HOLMES and WRIGHT, JJ., dissent.

**92–828.** Robinson v. Cincinnati Ins. Co. *Lucas County,* No. L–91–016.

**92–830.** Ellis v. Williams. *Montgomery County,* No. 12741.
WRIGHT, J., dissents.

**92–841.** Brecksville–Broadview Hts. Edn. Assn. v. Brecksville–Broadview Hts. Bd. of Edn. *Cuyahoga County,* No. 60143.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–846.** Creed v. Hubbard. *Trumbull County,* No. 91–T–4509.
DOUGLAS and WRIGHT, JJ., dissent.

**92–855.** Brockman v. Bell. *Hamilton County,* No. C–900938.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**92–860.** Landsman v. Baker. *Cuyahoga County,* No. 60252.

**92–862.** Commercial Union Ins. Co. v. Scavo. *Darke County,* No. CA–1297.
HOLMES, J., dissents.

**92–877.** State v. Swofford. *Clark County,* No. 2861.

**92–879.** Pakeeree v. Pakeeree. *Summit County,* No. 15186.

**92–881.** Liston v. Jurek. *Cuyahoga County,* No. 59758.
WRIGHT and H. BROWN, JJ., dissent.

**92–884.** Travelers Ins. Co. v. Clovine Assoc., Limited Partnership. *Hamilton County,* No. C–910938.
WRIGHT, J., dissents.
RESNICK, J., not participating.

**92–886.** Rathgaber v. Indus. Comm. *Franklin County,* No. 91AP–1121.

**92–889.** Cahill v. Lewisburg. *Preble County,* No. CA91–07–013.

**92–893.** Webb v. Miller. *Allen County,* No. 1–91–35.

**92–902.** Anthony v. Wonnell. *Franklin County,* No. 91AP–995.

**92–910.** State v. Davis. *Cuyahoga County,* No. 61956.

**92–912.** Hercules Tire & Rubber Co. v. Ball. *Hancock County,* No. 5–89–7.
DOUGLAS, J., dissents.

**92–913.** Justice v. Sears Roebuck & Co. *Franklin County,* No. 91AP–676.

**92–926.** State v. Robbins. *Wood County,* No. 91–WD–050. On motion to certify the record and on motion for leave to file *amicus* of Mothers Against Drunk Driving. Motions denied.

**92–929.** Charter Express, Inc. v. Independent Ins. Serv. Corp. *Portage County,* No. 91–P–2296.

**92–934.** Godsey v. Franz. *Williams County,* No. 91WM000008.
HOLMES and WRIGHT, JJ., dissent.

**92–936.** State v. Provens. *Hamilton County,* No. C–910540.
HOLMES and H. BROWN, JJ., dissent.